IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00290-REB-CBS | Date: September 18, 2014 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

VALERIE ARNOLD,   *Pro Se*

Plaintiff,

v.

CITY AND COUNTY OF DENVER,   Kristen Merrick

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC DISCOVERY HEARING**
**Court in session: 3:01 p.m..**
Court calls case.  Appearances of counsel.

**ORDERED:**

The MOTION to Strike [34] Response to Motion, by Plaintiff Valerie Arnold [rec.doc.36] is DENIED.

The MOTION to Strike [35] Certificate of Mailing/Service, by Plaintiff Valerie Arnold [rec doc 38] is DENIED.

Discussion held regarding discovery issues.  Discovery requests are overbroad.  By September 25, 2014, counsel for the defendant is to serve supplemental discovery requests on the plaintiff.  The defendant is then ORDERED to supplement her responses.

Counsel for the defendant has until the end of day on September 19, 2014 to advise the plaintiff in writing of those Requests for Admissions that will be addressed at her deposition as opposed to in writing.

The parties have until Thursday, September 25, 2014 to hold discussions regarding discovery issues.

The defendant is granted an extension until October 6, 2014 to file a reply memorandum regarding the Motion for Judgment [rec. doc. 27].

Hearing Concluded.

**Court in recess: 4:56 p .m.**
Total time in court: 01:55

To order transcripts of hearing with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.