IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00290-REB-CBS | Date: November 7, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                        *Counsel:*

VALERIE ARNOLD,                                        *Pro se*

Plaintiff,

v.

CITY AND COUNTY OF DENVER,              Kristen Merrick

Defendant.

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 11:45 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to MOTION [52] to Disqualify, MOTION [54] for Extension of Time to File Motion for Summary Judgment, and MOTION [61] for Leave to Restrict ECF Filing #57 specifically pages 3-38 of Exhibit A.

Ms. Arnold asks the Court for a 2 week extension of the dispositive motion deadline. Ms. Arnold needs to file a motion to vacate the trial date and show good cause before the Court would consider extending the dispositive motion deadline. Discussion regarding the authenticity of a document.

**ORDERED:**   MOTION [52] to Disqualify is **DENIED.**

MOTION [54] for Extension of Time to File Motion for Summary Judgment is **DENIED.**

MOTION [61] for Leave to Restrict ECF Filing #57 specifically pages 3-38 of Exhibit A is **GRANTED.**

Further discussion regarding the lack of production of the Plaintiff's notes from the Booker case and dispositive motions.

Hearing Concluded.

**Court in recess: 12:37 p.m.**
Time in court: 00:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.