IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00290-REB-CBS | Date: December 12, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*   *Counsel:*

VALERIE ARNOLD,   *Pro se*

Plaintiff,

v.

CITY AND COUNTY OF DENVER,   Kristen Merrick
   Jessica Allen

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 10:30 a.m.**
Court calls case. Appearances of counsel.

There are several pending motions that have been referred to Magistrate Judge Shaffer.

**ORDERED:** Defendant's MOTION [94] to Strike Plaintiff's Motion for Partial Summary Judgment (ECF #91) as Untimely is **DENIED**.

Plaintiff's MOTION [96] to Quash Defendant's Subpoenas is **DENIED.** The materials produced in response to these subpoenas are deemed CONFIDENTIAL and will remain as such throughout the discovery process.

Discussion regarding Plaintiff's MOTION [27] for Judgment on the Pleadings. The same issue is raised in the Motion for Judgment on the Pleadings as in Plaintiff's MOTION [91] for Partial Summary Judgment. Ms. Arnold makes oral motion to withdraw Plaintiff's MOTION [27] for Judgment on the Pleadings.

**ORDERED:** Ms. Arnold's oral motion is **GRANTED** and Plaintiff's MOTION [27] for Judgment on the Pleadings is **WITHDRAWN.**

Parties waive oral argument on Defendant's MOTION [65] for Summary Judgment and Plaintiff's MOTION [91] for Partial Summary Judgment. Once briefing is complete on these

motions, Magistrate Judge Shaffer will issue a written Recommendation.  Discussion regarding exhibit deadlines issued by District Judge Blackburn

Hearing Concluded.

**Court in recess: 10:53 a.m.**
Time in court: 00:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.