IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00290-REB-CBS | Date: January 30, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

VALERIE ARNOLD,   *Pro se*

Plaintiff,

v.

CITY AND COUNTY OF DENVER,   Kristen Merrick

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 10:06 a.m.**
Court calls case. Appearances of counsel.

This hearing comes before the Court in regards to *Plaintiff's MOTION [117] to Compel*.

**ORDERED:**   *Plaintiff's MOTION [117] to Compel* is **DENIED** as stated on the record.

Ms. Arnold has until February 13, 2015 to file an objection.

HEARING CONCLUDED.

**Court in recess: 10:48 a.m.**
Total time in court: 00:42

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.