**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00290-REB-CBS

VALERIE ARNOLD,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant.

---

**ORDER APPROVING JUROR QUESTIONNAIRE**

---

**Blackburn, J.**

    The attached **Juror Questionnaire** is approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated February 5, 2015, at Denver, Colorado.

                                       **BY THE COURT:**

                                       */s/ Robert E. Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge