**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-00290-REB-CBS

VALERIE ARNOLD,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER,

      Defendant.

---

**FINAL JUDGMENT**

---

      This action was tried before a jury of nine sworn to try the issues herein with the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado, presiding. The jury has rendered unanimous verdicts.  In accordance with the verdicts of the jury and the orders filed during pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

      **THEREFORE, IT IS ORDERED** as follows:

      1.    That as prescribed under Federal Rules of Civil Procedure 58 judgment shall enter for the defendant, City And County of Denver, against the plaintiff, Valerie Arnold;

      2.    That costs shall be taxed and allowed in favor of the defendant as prescribed under Fed .R. Civ. P.54(d)(1) and the Local Rules of Practice of the United States District Court for the District of Colorado - Civil 54.1;

      3.    That any claim for attorney fees and related nontaxable expenses and costs, other than costs under 28 U.S.C. Section 1920, shall be initiated, marshaled, and

determined under the apposite rule of law; and

    4.    That any motion seeking post-trial relief under a specific rule of civil procedure shall be initiated, marshaled, and determined in the time and manner specified in that specific rule and the local civil rules of this court.

DATED at Denver, Colorado, this 24th day of February 2015.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
     Kathleen Finney
     Deputy Clerk

APPROVED BY THE COURT:

*[signature: Bob Blackburn]*

Robert E. Blackburn
United States District Judge